IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| JAMES W. RIDGELY, ET AL. | * | BML NO. 4 |
|  | * |  |
| Plaintiffs | * |  |
|  | * | Civil Action No. |
| vs. | * | 95-2674 |
|  | * |  |
| A.C.&S., INC., Et Al. | * |  |
|  | * |  |
| Defendants | * |  |
|  | * |  |

****************************************************************

ORDER

AND NOW this 27ᵗʰ day of August, 2001, upon consideration of Plaintiffs' Motion, it is ORDERED that Plaintiffs be granted leave to file an Amended Complaint.

_____
United States District Judge

Charles R. Weiner

